

**ORDERED in the Southern District of Florida on February 27, 2020.**

_____

A. Jay Cristol, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

MARIA M. VALENCIA                    Case No. 15-11024-AJC
GONZALO GARCIA GARCES                Chapter 13

           Debtors

_____/

### ORDER GRANTING MOTION TO DEEM CURRENT THE ACCOUNT OF VILLAGE AT DADELAND CONDOMINIUM ASSOCIATION, INC., DE 103

THIS CASE came before the Court for hearing on February 25, 2020, at 9:00 am., upon the Debtors' Motion to Deem Current the Account of Village at Dadeland Condominium Association, Inc.  D.E. #103. Based on the pleadings of the Debtors' motion and that no objections and/or opposition were heard, **IT IS ORDERED** as follows:

1. Debtor's Motion to Deem Current the Account of Village at Dadeland Condominium Association, Inc. D.E. #103, is hereby **GRANTED**.

2. The association account is current.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 547-1234 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).